| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gary Leibowitz, SBN 91670<br>The Law Office of Gary Leibowitz<br>4050 Katella Ave., Ste. 201<br>Los Alamitos, CA 90720<br>P: 562-430-6002<br>F: 562-430-8187 | |

Attorney for Christopher Efrain and Gabriela Villatoro

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Villatoro, Christopher Efrain

and

Villatoro, Gabriela

                                    Debtor.

CHAPTER 13

CASE NUMBER SA08-15313-RK

(No Hearing Required)

## NOTICE OF MOTION UNDER LOCAL BANKRUPTCY RULE 9013-1(o) FOR:

### APPLICATION FOR SUPPLEMENTAL FEES

1. TO (specify name): AMRANE COHEN AND OTHER INTERESTED PARTIES

2. NOTICE IS HEREBY GIVEN that Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion filed by Movant, a brief description of which is contained in the Description of Relief Sought attached hereto and served and filed herewith. Said Motion is based upon the grounds set forth in the said Motion and accompanying Description of Relief Sought. Said Motion is made pursuant to Local Bankruptcy Rule 9013-1(o), which provides for granting of motions without a hearing. (Check appropriate box below):

   ☒ The full Motion is attached hereto.
   
   ☐ The full Motion has been filed with the Bankruptcy Court and a detailed description of the relief sought is attached hereto.

3. **Deadline for Opposition Papers and Request for a Hearing**: Pursuant to Local Bankruptcy Rule 9013-1(o), any party objecting to the accompanying Motion may file and serve a written objection and request a hearing of this Motion. If you fail to file a written response within fifteen (15) days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

Dated: 3/4/09

The Law Office of Gary Leibowitz
*Law Firm Name*

By: /s/ Gary Leibowitz

Date Notice Mailed: 03/04/09

Name: Gary Leibowitz
*Attorney for Movant*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-1.2

Name, Address and Telephone Number of Attorney(s) or Debtor In Pro Per
Gary Leibowitz, SBN: 91670
The Law Office of Gary Leibowitz
4012 Katella Ave., Ste. 104
Los Alamitos, CA 90720
Ph: (562) 430-6002; Fax: (562) 430-8187

[X] Attorney for Debtor(s)  (If applicable) Attorney's
[ ] Debtor In Pro Per    State Bar ID No.: 91670

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

List all names, including trade names, used by Debtor(s) within the last 6 years:

Villatoro, Christopher Efrain

and

Villatoro, Gabriela

Social Security No. XXX-XX-5371    Debtor
Social Security No. XXX-XX-4933    Joint Debtor
Debtor(s) EIN No. _____

Chapter 13
Case No. SA08-15313-RK

APPLICATION FOR SUPPLEMENTAL FEES

TO THE HONORABLE BANKRUPTCY JUDGE:
Applicant is counsel of record for the above-named Debtor(s) who is under a confirmed Chapter 13 Plan. Fees were awarded for confirmation in the amount of $ 4,000.00 . Supplemental fees have been awarded as follows $0.00 , $0.00 , $0.00 , $0.00 . Total fees awarded to date $4,000.00 . Additional pending supplemental fee applications amount to $0.00 .

Since confirmation of said Plan, Applicant has performed certain extraordinary services at the request of the Debtor as follows: (Itemize time spent. If more space is needed, attach second sheet.)

| DATE | ACTIVITY | HOURS |
|---|---|---|
|  | Please See Addendum Attached |  |

The reasonable value of said services is $ 716.52 , of which $ 0.00 has been paid.
WHEREFORE, your Applicant prays that an allowance be made in the sum of $ 716.52 .

Dated: 03/04/09 _____

Attorney for Debtor

Villatoro, Christopher E. and Gabriela.                          SA08-15313-RK

## ADDENDUM

| DATE | ACTIVITY | HOURS |
|------|----------|-------|
| 1/15/09 | Drafted and filed motion to modify plan payments | 1.00 |
| 1/15/09 | Postage for service of motion to modify plan payments = $16.52 | |
| 2/5/09 | Drafted and filed declaration regarding non-opposition to motion to modify plan payments | 0.5 |
| 2/6/09 | Drafted and uploaded proposed order on motion to modify plan payments | 0.25 |
| 2/20/09 | Correspondence with chapter 13 trustee regarding motion to modify plan payments | 0.25 |

Fees: Legal Services $350.00/hr.; Travel time $150/hr.

Legal Services Total = $700.00

Travel Total = $0.00

Postage Total = $16.52

Total Supplemental Fees = $716.52

## SUMMARY OF ISSUE AND OUTCOME

    Attorney Aaron Lipeles drafted a motion to modify plan payments for Debtors Christopher E. and Gabriela Villatoro due to a change in the Debtors' financial circumstances. The order granting the motion to modify was entered on February 19, 2009. As a result, the Debtors' monthly plan payments were reduced.

Notice of Motion (L.B.R. 9013-1(o)) - Page 2

F 9013-1.2

| In re | CHAPTER: 13 |
|---|---|
| Villatoro, Christopher Efrain | |
| ☒ Debtor(s). | CASE NO.: SA08-15313-RK |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4050 Katella Ave., Ste. 201, Los Alamitos, CA 90720

A true and correct copy of the foregoing document described as __Notice of Application for Supplemental Fees__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __3/4/09__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Chapter 13 Trustee, Amrane Cohen, efile@ch13ac.com
United States Trustee, ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On __3/4/09__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Christopher Efrain and Gabriela Villatoro
2444 West Orangethorpe Ave Apt 209W
Fullerton, CA 92833

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/4/09 | Jacqueline Serrao | _/s/ Jacqueline Serrao_ |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-1.2