| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Amrane Cohen, Chapter 13 Trustee<br>770 The City Drive South, Suite 3300<br>Orange, CA 92868<br>Phone (714) 621-0200 Fax (714) 621-0277<br><br><br>Chapter 13 Trustee | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 8:08-bk-15313-RK |
| In re:<br><br>CHRISTOPHER EFRAIN VILLATORO<br><br>GABRIELA VILLATORO<br><br><br><br>Debtor(s). | **TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR SUPPLEMENTAL FEES**<br><br>(No Hearing Required) |

The undersigned Chapter 13 Trustee, having reviewed the Application for Supplemental Fees (the "Application") filed on ___3/4/09_____ as docket entry number ___40_____, provides the following response to the Application:

☒ RECOMMENDED Allow $716.52 in supplemental fees and costs

☐ RECOMMENDED on the following conditions:
_____
_____
_____  ☐ See attached sheet.

☐ NOT RECOMMENDED for the following reasons:
_____
_____
_____  ☐ See attached sheet.

☐ NO POSITION TAKEN BY THE CHAPTER 13 TRUSTEE

☐ SET FOR HEARING.

Dated:    3/23/09_____          __/S/ Amrane Cohen_____
                                                                                   Chapter 13 Trustee

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*May 2008*                                                                                                                    **F 3015-1.11**

| In re: | CHAPTER |
|---|---|
| CHRISTOPHER EFRAIN VILLATORO<br>GABRIELA VILLATORO | CASE NUMBER  8:08-bk-15313-RK |
| Debtor(s). | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


The foregoing document described as _ **TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR SUPPLEMENTAL FEES**
_____ will be served or was served in the manner indicated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____3/15/09_____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Amrane Cohen    efile@ch13ac.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Gary Leibowitz   attorneygary@gmail.com

☐ Service information continued on attached page

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___3/25/09_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

CHRISTOPHER EFRAIN VILLATORO
GABRIELA VILLATORO
2444 WEST ORANGETHORPE AVE APT 209W
FULLERTON, CA 92833

☐ Service information continued on attached page

**SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/25/09 | Juan Santillan | /S/ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*July 2008*                                                                                                                                                      **F 3015-1.11**