Gary Leibowitz, Esq., SBN: 91670
Law Office of Gary Leibowitz
4050 Katella Ave., Suite 201
Los Alamitos, CA 90720
Phone: (562) 430-6002
Fax:    (562) 430-8187
Email: attorneygary@gmail.com

Attorney for Debtor
Christopher and Gabriela Villatoro

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In Re: | CASE NO. 8:08-bk-15313-RK |
| Christopher Villatoro | CHAPTER 13 |
| And | SUPPLEMENTAL DECLARATION OF GARY LEIBOWITZ REGARDING SUPPLEMENTAL FEE APPLICATION |
| Gabriela Villatoro | |
| Debtors. | |

**SUPPLEMENTAL DECLARATION OF ATTORNEY GARY LEIBOWITZ**

I, Gary Leibowitz, declare as follows,

1. I am a member in good standing of the State Bar of California, and I am admitted to practice in the Central District of California. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify thereto.
2. I am the attorney of record for Christopher and Gabriela Villatoro, case number 8:08-bk-15313-RK.
3. I filed a Supplemental Fee Application on November 4, 2009.
4. The Trustee objected to the Supplemental Fees absent special circumstances for the Motion to Modify drafted on August 18, 2009.
5. This particular Motion to Modify required additional work because of the amount of changes to the income and expenses of the Debtors.
6. One hour was spent drafting amendments to Schedule I and J and the declaration regarding these changes. This was a lengthy process because of the extent to which their income and expenses had changed.
7. One and half hours were spent preparing the Motion to Modify. This included an explanation of the detailed changes to the income and expenses, as well as the calculations necessary for the Motion to Modify and then accumulating and preparing the motion's paperwork.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on November 10, 2009 at Los Alamitos, California.

_____
Gary Leibowitz
Attorney at Law

Case 8:08-bk-15313-RK    Doc 60    Filed 11/10/09    Entered 11/10/09 14:32:41    Desc
Main Document    Page 4 of 4

| In re: | | |
|---|---|---|
| Christopher and Gabriela Villatoro | | CHAPTER 13 |
| | Debtor(s). | CASE NUMBER  8:08-bk-15313 RK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4050 Katella Ave., Ste. 201
Los Alamitos, CA 90720

A true and correct copy of the foregoing document described as <u>Supplemental Declaration of Gary Leibowitz Regarding Supplemental Fee Application</u> to be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____**11/10/2009**_____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
Amrane Cohen, ecf@ch13ac.com
United States Trustee (LA), ustpregion16.sa.ecf@usdoj.gov
Gary Leibowitz attorneygary@gmail.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __11/10/2009__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Christopher Efrain Villatoro
Gabriela Villatoro
5856 Milton Ave.
Whittier, CA  90601

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on__11/10/2009__ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Robert N. Kwan

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/10/09 | Ana Leonor Bustillos | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |